UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09MJ2080AGF-2 |
| ) | |
| JULIE HERRERA, ) | |
| ) | |
| Defendant. ) | |

## ORDER FINDING PROBABLE CAUSE

On April 17, 2009, Defendant Julie Herrera was charged by criminal complaint with possession with intent to distribute in excess of 500 grams of cocaine, a Schedule II controlled substance drug, in violation of 21 U.S.C. § 841(a)(1).  Defendant was taken into federal custody on April 17, 2009, and had her initial appearance that same day before the undersigned United States Magistrate Judge.  Defendant's bond was set at $20,000 to be fully secured by property or cash.  A preliminary examination hearing was set for May 6, 2009, but later moved to April 30, 2009.

On April 30, 2009, Defendant appeared with her attorney, Nanci McCarthy.  The government appeared by Assistant United States Attorney Ken Tihen.  After conferring with her counsel and being informed by the Court of her legal right to a preliminary examination, Defendant knowingly and voluntarily waived her right to a preliminary examination, both orally and in writing, and agreed to be bound over for further proceedings in this case.

-2-

**THEREFORE, IT IS HEREBY ORDERED** that Defendant be held to answer any timely filed indictment, and this case is passed to **Friday, May 15, 2009 at 1:00 p.m.**, for a conference on the status of the prosecution before the undersigned United States Magistrate Judge.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 30th day of April, 2009.